118 F.3d 660
 DEL MONTE DUNES AT MONTEREY, LTD., et al., Plaintiff-Appellee,
v.
CITY OF MONTEREY, Defendant-Appellant.
DEL MONTE DUNES AT MONTEREY, LTD., and Monterey-Del Monte
Dunes Corporation, Plaintiffs-Appellants,
v.
CITY OF MONTEREY, Defendant-Appellee.
 Nos. 94-16248, 94-16313.
 United States Court of Appeals, Ninth Circuit.
 June 26, 1997.
 
 1
 Before: WALLACE and LEAVY, Circuit Judges, and BAIRD,* District Judge.
 
 
 2
 Prior report: 95 F.3d 1422.
 
 
 3
 The petition for rehearing is granted. No further briefing is required. The parties shall be prepared to argue, for no more than 20 minutes per side, the following issue:
 
 
 4
 Whether the jury, rather than the judge, can decide if the City of Monterey's actions substantially advanced a public purpose. (See part IIIB. of our opinion.)
 
 
 5
 Arguments shall be held in San Fransisco on August 6, 1997, at 10:00 a.m. The parties shall direct any further questions to the Clerk of the Court.
 
 
 
 *
 Honorable Lourdes G. Baird, United States District Judge, Central District of California, sitting by designation